# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:  AIDA L ORTIZ ORTIZ                 }  CASE NUMBER: 10-08174(SEK)
                                           }
                                           }
                                           }  JUDGE ESL
                                           }
          DEBTOR.                          }  CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM  9/3/2010  TO  9/30/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 11/2/2010

*Carmen D. Conde Torres*
Attorney for Debtor
USDC-PR 207312

Debtor's Address
and Phone Number:
P O BOX 3960
GUAYNABO, PR
00970

Tel. 787-788-8525

Attorney's Address
and Phone Number:
C. Conde & Assoc.
254 San Jose St. Suite # 5
San Juan, PR 00901-1523
USDC-PR 207312
Tel. 787-729-2900
Fax. 787-729-2203

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | AIDA I. ORTIZ ORTIZ |
|---|---|
| Case Number: | 10-08174 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 6696.64 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | 5169.15 | |
| Total Business Receipts | | |
| Total Receipts | 11890.8 | |
| | | |
| Total Household Disbursements | 6595.75 | |
| Total Business Disbursements | | |
| Total Disbursements | 6595.75 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 5295.05 | |
| | | |
| CASH- End of Month (Individual) | 5295.05 | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | 6595.75 |
|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 325.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __2__ day of __November__ 20_10_.

_____
Debtor's Signature

Monthly Operating Report - Individual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 6696.64 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 5169.15 |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement |  |  |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **TOTAL RECEIPTS** | 11890.8 |  |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 95.95 |  |
| Household Repairs & Maintenance | 150.00 |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 227.59 |  |
| Mortgage Payment(s) | 1667.69 |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 467.38 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 65.26 |  |
| Vehicle Expenses |  |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees | 325 |  |
| Professional Fees (Legal, Accounting) | 1039 |  |
| Other (attach schedule) | 2245.42 |  |
|  | 284.45 |  |
|  | 3 |  |
|  | 25.01 |  |
| **Total Household Disbursements** | 6595.75 |  |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 5295.05 |  |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | XXX |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | XXX |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | XXX |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | XXX |
| 5. Have any post-petition loans been received by the debtor from any party? | | XXX |
| 6. Are any post-petition payroll taxes past due? | | XXX |
| 7. Are any post-petition state or federal income taxes past due? | | XXX |
| 8. Are any post-petition state or local sales taxes past due? | | XXX |
| 9. Are any post-petition real estate taxes past due? | | XXX |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | XXX |
| 11. Are any wage payments past due? | | XXX |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXX | |
| 2. Are all premium payments current? | XXX | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| CA46048224-0001-000 & Triple S Insurance | 08/25/2010-08/25/2011 | 229 | 0 |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | COOP VEGA ALTA | FIRSTBANK | BPPR | |
| Account Number: | 3409782143 | *0802136984 | 027-386732 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| 1. Balance per Bank Statement | 0.00 | 0 | 5295.05 | |
| 2. ADD: Deposits not credited (attach list to this report) | 1719.9 | 326.74 | 6595.75 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 1719.9 | 326.74 | 6595.75 | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 0 | 0 | 5295.05 | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BPPR |
|---|---|
| Account Number | 027-386732 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| *030 | 21-Sep | Firstbank | Mortgage | 1667.69 |
| | | | TOTAL | 1667.69 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**BANCO POPULAR DE PUERTO RICO**
P.O. BOX 362708
SAN JUAN PR 00936-2708


**BANCO POPULAR**

AIDA L ORTIZ DEL LLANO
EST CERRO GORDO
57 PLAZA VALERIE
VEGA ALTA PR 00692-9122



027-3867:
CUENTA POPUL.

830

Este estado cubre sus transacciones después del 16 de septiembre de 2010 hasta el 14 de octubre de 2010.   Página 1

# CHEQUES

## INFORMACIÓN DE BALANCE

| Balance inicial | + Créditos | - Cheques/Débitos | - Cargos | = Balance final |
|---|---|---|---|---|
| 4,650.00 | 5,169.15 | 4,521.10 | 3.00 | 5,295.05 |

## CRÉDITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad | Fecha | Descripción | Cantidad |
|---|---|---|---|---|---|
| 09-21 | Depósito | 950.19 | 10-07 | Depósito | 1,054.74 |
| 09-28 | Depósito | 1,054.74 | 10-14 | Depósito | 1,054.74 |
| 10-04 | Depósito | 1,054.74 | | | |

## CHEQUES

| Número | Cantidad | Fecha | Referencia | Número | Cantidad | Fecha | Referencia |
|---|---|---|---|---|---|---|---|
| 003 | 396.72 | 10-13 | 0220305602 | 031 | 1,748.99 | 10-08 | 0282026997 |
| 005 | 80.00 | 10-13 | 0220411042 | 033 | 19.71 | 10-13 | 0110122678 |
| 030 | 1,667.69 | 09-21 | 0282038808 | | | | |

## OTROS DÉBITOS REGULARES Y ELECTRÓNICOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-20 | Pago 09-19 XXXXXXXXXXXX9363 Nieves Bbq Flambo Bayamón PR | 21.01 |
| 09-20 | Pago 09-17 XXXXXXXXXXXX9363 Gulf 199 S Bayamón PR | 20.00 |
| 09-20 | Pago 09-18 XXXXXXXXXXXX9363 Cvs 07977 Dorado PR | 16.82 |
| 09-20 | Pago 09-18 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 14.97 |
| 09-23 | Pago 09-23 XXXXXXXXXXXX9363 Jv Narvaez Dry Cl Dorado PR | 38.25 |
| 09-23 | Pago 09-23 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 12.09 |
| 09-27 | Pago 09-25 XXXXXXXXXXXX9363 Cvs 07977 Dorado PR | 134.96 |
| 09-29 | Pago 09-28 XXXXXXXXXXXX9363 Professional Drug Vega Alta PR | 10.00 |
| 09-29 | Pago 09-28 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 9.63 |
| 09-30 | Pago 09-29 XXXXXXXXXXXX9363 Cyber School Supt 930Toa Ba PR | 45.81 |
| 10-04 | Pago 10-02 XXXXXXXXXXXX9363 Wal-Mart Super Cb 628Benton PR | 129.84 |
| 10-06 | Pago 10-06 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 7.49 |
| 10-07 | Pago 10-07 XXXXXXXXXXXX9363 Furiel Auto Corp Bayamón PR | 44.99 |
| 10-08 | Pago 10-08 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 29.09 |
| 10-08 | Pago 10-07 XXXXXXXXXXXX9363 Cvs 07977 Dorado PR | 12.76 |
| 10-11 | Pago 10-10 XXXXXXXXXXXX9363 Church S Chicken Dorado PR | 5.64 |
| 10-12 | Pago 10-12 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 38.51 |
| 10-12 | Pago 10-11 XXXXXXXXXXXX9363 Subway 20020 Bayamón PR | 7.06 |
| 10-13 | Pago 10-13 XXXXXXXXXXXX9363 Pizza Hut 20607 San Juan PR | 9.07 |

## CARGOS

| Fecha | Descripción | Cantidad |
|---|---|---|
| 10-14 | Cargo por servicio | 3.00 |



AIDA L ORTIZ DEL LLANO

027-386732
CUENTA POPULAR

Este estado cubre sus transacciones después del 16 de septiembre de 2010 hasta el 14 de octubre de 2010.    Página 2

## BALANCE MÍNIMO

| Fecha | Descripción | Cantidad |
|---|---|---|
| 09-27 | Balance mínimo durante este ciclo | 3,674.40 |

Aviso: Su próximo estado de cuenta será el 15 de noviembre de 2010.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | COOP VEGA ALTA |
|---|---|
| Account Number | 3409782143 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 147 | 2-Sep | Assoc Residentes Cerro Gordo | Maintenance | 150 |
| 152 | 2-Sep | Dish Network | Cable | 65.26 |
| 153 | 2-Sep | C.Conde | Filing Legal Fees | 1039 |
| 154 | 10-Sep | Cash/ Cierre de cuenta | Closing account | 465.64 |
| | | | TOTAL | 1719.9 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



Cooperativa Ahorro y Credito Vega Alta (VEGACOOP)

## Estado de Cuenta

## CUENTA CHEQUES REGULAR

Desde: 09/01/2010
Hasta: 09/30/2010

**Número de Socio**
606970100

**ORTIZ ORTIZ AIDA L**
EST CERRO GORDO CARR 690 KM 6.5
57 PLAZA VALERIE
VEGA ALTA PR 00692-9122

**Número de Cuenta**
03409782143

### Información de Balance

| Balance Inicial | + Créditos | - Cheques/Débitos | - Cargos | = Balance Final |
|---|---|---|---|---|
| 1,719.90 | 0.00 | -1,719.90 | 0.00 | 0.00 |

### Créditos Regulares y Electrónicos

### Cheques

| Fecha | Referencia | Descripción | Valor |
|---|---|---|---|
| 09/10/2010 | 154 | CAMBIO CHEQUE | 465.64 |
| 09/02/2010 | 153 | Clearing De Cheque | 1,039.00 |
| 09/02/2010 | 147 | Clearing De Cheque | 150.00 |
| 09/02/2010 | 152 | Clearing De Cheque | 65.26 |

### Débitos Regulares y Electrónicos

### Cargos

### Historial de Balance Diario

| Fecha | Saldo |
|---|---|
| 09/02/2010 | 465.64 |
| 09/10/2010 | 0.00 |

### Cheques Pagados

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - PERSONAL

| Name of Bank | FIRSTBANK |
|---|---|
| Account Number | 802136984 |
| Purpose of Account (PERSONAL) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| * | 10-Sep | cash | closing account | 176.74 |
| | | | TOTAL | 176.74 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

# 1First Bank

**STATEMENT OF ACCOUNT**

| STATEMENT DATE |
|---|
| 09/29/10 |

R16027 T44  P1  *********AUTO**3-DIGIT 006

IM-008

AIDA L ORTIZ-ORTIZ
EST CERRO GORDO
57 PLAZA VALERIE
VEGA ALTA PR  00692-9122



1*  0802136984

| BEGINNING BALANCE | DEPOSITS / OTHER CREDITS | | CHECKS / OTHER DEBITS | | SERVICE CHARGES | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NUMBER | AMOUNT CREDITED | NUMBER | AMOUNT DEBITED | | |
| 326.74 | 2 | 25.01 | 4 | 341.75 | 10.00 | .00 |

### * * * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * * *

```
INTEREST EARNED THIS PERIOD                           .00
ANNUAL PERCENTAGE YIELD EARNED                      0.00%
DAYS IN PERIOD                                        30
YTD INTEREST PAID                                   3.72
YTD TAX WITHHELD                                      .00
AVERAGE BALANCE                                    93.41
```

CHECKING ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT...........DESCRIPTION

| 09/24 | 15.00 | DDA CR TRANSFER |
| 09/29 | 10.01 | DDA CR TRANSFER |

OTHER DEBITS
  DATE..........AMOUNT...........DESCRIPTION

| 09/07 | 150.00 | ACH DB -090710-010246003271511 |
|       |        | FIA CARD SERVICE       AUTO PAY |
| 09/10 | 176.74 | DEBIT MEMO |
| 09/24 | 15.00  | INSUFF FUNDS CHARGE |
| 09/29 | 0.01   | OD FINANCE CHARGE |
| 09/29 | 10.00  | SERVICE CHARGE |

### * * * * * * * * * * * SAVINGS ACCOUNT SUMMARY * * * * * * * * * * *

```
PREVIOUS BALANCE              40.34       AVERAGE BALANCE
+       0 CREDITS               .00             37.34
-       2 DEBITS              25.01       YTD INTEREST PAID
+   INTEREST PAID               .03              .31
ENDING BALANCE                15.36

INTEREST EARNED THIS PERIOD                           .03
ANNUAL PERCENTAGE YIELD EARNED                      0.98%
DAYS IN PERIOD                                        30
```

PO BOX 9146
SAN JUAN PR 00908 0146

**1 First Bank**    ACCOUNT  0802136984



SAVINGS ACCOUNT TRANSACTIONS
DEPOSITS AND OTHER CREDITS
  DATE..........AMOUNT...........DESCRIPTION

  09/29            0.03           SAV INTEREST PAID

WITHDRAWALS AND OTHER DEBITS
  DATE..........AMOUNT...........DESCRIPTION

  09/24           15.00           SAV DR TRANSFER
  09/29           10.01           SAV DR TRANSFER

* * * * * * * * OVERDRAFT AND RETURNED ITEMS FEES SUMMARY * * * * * * * *
TOTAL OVERDRAFT FEES/ THIS PERIOD                 0.01
TOTAL OVERDRAFT FEES/ YEAR TO DATE                0.01

TOTAL RETURNED ITEMS FEES/THIS PERIOD            15.00
TOTAL RETURNED ITEMS FEES/YEAR TO DATE           15.00

* * * * * * * * * * * * DAILY BALANCE INFORMATION * * * * * * * * * * * *
DATE........CHECKING..........SAVINGS   DATE........CHECKING..........SAVINGS
08/30        326.74            40.34    09/24           .00            25.34
09/07        176.74            40.34    09/29           .00            15.36
09/10          .00             40.34

* * * * * * * * * * * * * POINTS   SUMMARY * * * * * * * * * * * * * *
BEGINNING BALANCE                                                   0
  + EARNED POINTS FROM FBPR ATM DEPOSIT                             0
  + EARNED POINTS FROM FBPR ATM WITHDRAWALS                         0
  + EARNED POINTS FROM CREDIT CARDS                                 0
  + EARNED POINTS FROM DIRECT DEPOSITS / FBLOAN PMNT                0
  + EARNED POINTS FROM TELEPAGO / E-FIRSTBANK SIGN UP               0
  + EARNED POINTS FROM LOANS / RESERVE LINE                         0
  + EARNED POINTS FROM MORTGAGE / HELOC                             0
  + EARNED POINTS FROM NEW ACCOUNT WITH PAYROLL ACH D               0
  + EARNED POINTS FROM ADJUSTMENTS / PROMOTIONS                     0
TOTAL POINTS IN MONTH                                               0
  - REDEEMED POINTS                                                 0
  - EXPIRED POINTS                                                  0
ENDING BALANCE                                                      0

  A PARTIR DEL 1 DE NOVIEMBRE DEL 2010 EL CARGO POR REEMPLAZO
  DE TARJETA ATM SERA DE  5.00
    *