# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: AIDA L ORTIZ ORTIZ | } | CASE NUMBER: 10-08174(SEK) |
| | } | |
| | } | JUDGE ESL |
| DEBTOR. | } | CHAPTER 11 |

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM  12/1/2010  TO  12/31/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/24/2011

/s/ *Carmen D. Conde Torres*
Attorney for Debtor
USDC-PR 207312

Debtor's Address
and Phone Number:
P O BOX 3960
GUAYNABO, PR
00970

Tel. 787-788-8525

Attorney's Address
and Phone Number:
C. Conde & Assoc.
254 San Jose St. Suite # 5
San Juan, PR 00901-1523
USDC-PR 207312
Tel. 787-729-2900
Fax. 787-729-2203

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | AIDA L ORTIZ ORTIZ |
|---|---|
| Case Number: | 10-08174 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 5828.54 | 23,115.28 |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 5283.30 | 19830.05 |
| Total Business Receipts | | |
| Total Receipts | 11111.84 | 11111.84 |
| Total Household Disbursements | 4878.95 | 19779.32 |
| Total Business Disbursements | | |
| Total Disbursements | 4878.95 | 19779.32 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 6232.89 | 18224.58 |
| CASH- End of Month (Individual) | 6232.89 | 6232.89 |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 4878.95 | 4878.95 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | 325 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 325.00 | 650.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ____21____ day of ___JANUARY___2011_____

Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month DECEMBER | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 5828.54 | 28,943.82 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 5283.3 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 11,111.84 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | 1075.62 | 1075.62 |
| Household Expenses/Food/Clothing | 671.51 | 1647.06 |
| Household Repairs & Maintenance | 195.00 | 195 |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 132.74 | 938.04 |
| Mortgage Payment(s) | 1667.82 | 6671.64 |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | 468 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 387.65 | 1324.99 |
| Vehicle Expenses | 78.15 | 322.7 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325 | 650 |
| Professional Fees (Legal, Accounting) | 0 | 1039 |
| Other (attach schedule) | 302.7 | 2548.7 |
| | | 285 |
| | | 54 |
| | 42.76 | 90.27 |
| **Total Household Disbursements** | | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 6232.89 | 17310.02 |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | XXX |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | XXX |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | XXX |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | XXX |
| 5. Have any post-petition loans been received by the debtor from any party? | | XXX |
| 6. Are any post-petition payroll taxes past due? | | XXX |
| 7. Are any post-petition state or federal income taxes past due? | | XXX |
| 8. Are any post-petition state or local sales taxes past due? | | XXX |
| 9. Are any post-petition real estate taxes past due? | | XXX |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | XXX |
| 11. Are any wage payments past due? | | XXX |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | XXX | |
| 2. Are all premium payments current? | XXX | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| CA46048224-0001-000 & Triple S Insurance | 08/25/2010-08/25/2011 | 229 | 0 |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | BPPR | | | |
| Account Number: | 027-386732 | | | |
| Purpose of Account (Business/Personal) | Personal | | | |
| Type of Account (e.g. checking) | Checking | | | |
| 1. Balance per Bank Statement | 5828.54 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 5283.3 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 4875.95 | | | |
| 4. Other Reconciling Items (attach list to this report) | 3.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 6232.89 | | | |
| TOTAL OF ALL ACCOUNTS | 6232.89 | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BPPR |
|---|---|
| Account Number | 027-386732 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1015 | 12/5/2010 | Dish Network | Cable | 172.23 |
| 1017 | 12/5/2010 | Preferred Home Service | Maintenance | 150 |
| 1014 | 12/1/2010 | AEE | Utilities | 195.71 |
| 1016 | 12/5/2010 | AAA | Utilities Water | 19.71 |
| 1013 | 12/5/2010 | Firstbank | Mortgage | 1668 |
| 1018 | 12/5/2010 | CASH | Maintenance/ Landscaping | 45 |
| | | | TOTAL | 1667.69 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.