IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | * | |
| **AIDA L. ORTIZ ORTIZ** | * | Case No: 10-08174 (SEK) |
| Debtor | * | Chapter 11 |

## NOTICE OF SPECIAL MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that a **special meeting of creditors** pursuant to Rule 2003(f) of the Federal Rules of Bankruptcy Procedure has been scheduled to be held on **MARCH 7, 2011, at 2:00 P.M.**, at the Ochoa Building, 500 Tanca Street, First Floor, Old San Juan, Puerto Rico. The entrance to the meeting of creditors room is through Comercio Street.

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| LOURDES ARLENE ARROYO PORTELA | lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com; tere.solo@oneillborges.com |
| JOSE F CARDONA JIMENEZ | jf@cardonalaw.com, cardonalaw@prtc.net |
| CARMEN D CONDE TORRES | notices@condelaw.com |
| JUAN A CUYAR COBB | jcc@fcrv.com |
| DAVID P. FREEDMAN | David.Freedman@oneillborges.com, docket_clerk@oneillborges.com; Tere.Solo@oneillborges.com |
| CARLOS R HERNANDEZ VIVONI | chernandez@wblawpr.com, chvivoni@gmail.com |

| | |
|---|---|
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| EYCK O LUGO RIVERA | elugo@edgelegalpr.com, mtorres@correaacevedo.com |
| DANIEL MOLINA LOPEZ | dml@trdlaw.com, i.cartagena@trdlaw.com; noticesdml@yahoo.com |
| RAMON TORRES RODRIGUEZ | rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com |
| US TRUSTEE | ustpregion21.hr.ecf@usdoj.gov |
| LUISA S VALLE CASTRO | notices@condelaw.com |

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to the Debtor, **Aida L. Ortiz Ortiz**, Estancia de Cerro Gordo, 57 Calle Plaza Valeri, Vega Alta, PR 00692; and to other parties in interest and creditors as per the attached master address list.

DATED: Feburary 14, 2011.

**DONALD F. WALTON**
United States Trustee for Region 21

**MONSITA LECAROZ ARRIBAS**
Assistant United States Trustee

**OFFICE OF THE UNITED STATES TRUSTEE**
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

**(Electronically Filed)**

By: s/ *José Carlos Díaz-Vega*
José Carlos Díaz Vega
Trial Attorney
USDC-PR No. 213607

```
Label Matrix for local noticing          COOP A/C VEGA ALTA                       Caparra Center Associates LLC
0104-3                                   PO BOX 9023905                           c/o Totto & Rodriguez Diaz
Case 10-08174-SEK11                      SAN JUAN, PR 00902-3905                  P.O. Box 191732
District of Puerto Rico                                                           San Juan, PR 00919-1732
Old San Juan
Mon Feb 14 11:11:10 AST 2011

DDR PLAZA RIO HONDO                      FIRSTBANK PR                             PLAZA LAS AMERICAS, INC.
O'NEILL & BORGES                         CARDONA JIMENEZ LAW OFFICES              PO BOX 363268
AMERICAN INTERNATIONAL PLAZA             PO BOX 9023593                           SAN JUAN
250 MUNOZ RIVERA AVENUE                  SAN JUAN, PR 00902-3593                  , PR 00936-3268
SUITE 800
SAN JUAN, PR 00918-1813

SCOTIABANK PR                            US TRUSTEE                               US Bankruptcy Court District of P.R.
PO BOX 9023905                           EDIFICIO OCHOA                           U.S. Post Office and Courthouse Building
SAN JUAN, PR 00902-3905                  500 TANCA STREET SUITE 301               300 Recinto Sur Street, Room 109
                                         SAN JUAN, PR 00901-1938                  San Juan, PR 00901-1964

AMERICAN EXPRESS                         American Express TRS Co Inc Latin American   BANCO POPULAR
PO BOX 1270                              Division                                 PO BOX 362708
NEWARK, NJ 07101-1270                    c/o Becket and Lee LLP                   SAN JUAN PR 00936-2708
                                         POB 3001
                                         Malvern PA 19355-0701

BANCO SANTANDER PUERTO RICO              COOPERATIVA AHORRO Y CREDITO VEGA ALTA   COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA
207 PONCE DE LEON AVE                    APARTADO 1078                            (VEGACOOP)
SAN JUAN PR 00917-1818                   VEGA ALTA PR 00692-1078                  P.O. BOX 1078
                                                                                  VEGA ALTA, PR 00692-1078

CRIM                                     Caparra Center Associates, LLC           DDR RIO HONDO LLC, S.E.
PO BOX 195387                            c/o Totti & Rodriguez Diaz               PO BOX 71557
SAN JUAN PR 00919-5387                   P.O. Box 191732                          SAN JUAN, PR 00936-8657
                                         San Juan, PR 00919-1732

DDR RIO HONDO SE                         DDR Rio Hondo LLC, S.E.                  DDR SENORIAL, LLC S.E.
CO MIRIAM W SANCHEZ ESQ                  c/o Eric C. Cotton, Esq.                 PO BOC 71539
MARTINEZ ODELL  CALABRIA                 3300 Enterprise Parkway                  SAN JUAN, PR 00936-8639
PO BOX 190998                            Beachwood, OH 44122-7200
SAN JUAN PR 00919-0998

DDR Senorial LLC, S.E.                   DEPARTMENT OF TREASURY                   EUROBANK/ORIENTAL BANK
c/o Eric C. Cotton, Esq.                 BANKRUPTCY DIVISION                      PO BOX 191009
3300 Enterprise Parkway                  PO BOX 9024140                           SAN JUAN PR 00919-1009
Beachwood, OH 44122-7200                 SAN JUAN PR 00902-4140

FIRST BANK                               FIRSTBANK PUERTO RICO                    Fia Card Services, NA As Successor In Inter(
PO BOX 11868                             C/O CARDONA JIMEMEZ LAW OFFICE           Bank of America NA and Mbna America Bank
SAN JUAN PR 00910-3868                   PO BOX 9023593                           1000 Samoset Drive
                                         SAN JUAN PR 00902-3593                   DE5-023-03-03
                                                                                  Newark, DE 19713-6000

HOME DEPOT                               IRS                                      ORIENTAL BANK & TRUST (Eurobank)
725 WEST MAIN AVE                        CITIVIEW PLAZA NO 2                      P.O BOX 192099
SUITE 860                                48 CARR 165                              SAN JUAN P.R 00919-2099
BAYAMON PR 00961-3936                    SUITE 2000
                                         GUAYNABO PR 00968-8000
```

PALOMA DEL LLANO TAMIKI DEL LLANO
CO GINO NEGRETTI LA VERGNE
CONDOMINIO CARIBBEAN TOWERS SUITE 17
AVE PONCE DE LEON 670
SAN JUAN PR 00907-3207

SANTANDER
DOMENECH BRANCH
PO BOX 362589
SAN JUAN PR 00936-2589

SCOTIABANK
PO BOX 362649
SAN JUAN PR 00936-2649

SCOTIABANK DE PUERTO RICO
G.P.O. BOX 362649
SAN JUAN, PUERTO RICO 00936-2649

SUPER PETS CENTER INC.
PO BOX 3960
GUAYNABO PR 00970-3960

TANIA DEL LLANO & IAN DEL LLANO
1509 LOPEZ LANDRON
10TH FLOOR SAN JUAN PR 00911-1933

TANIA DEL LLANO JIMENEZ
IAN DEL LLANO JIMENEZTHE STATE OF RDLL
CO ALFREDO ORTIZ ESQ
PO BOX 366556
SAN JUAN PR 00936-6556

TANIA DEL LLANO JIMENEZ IAN DEL LLANO JIMENE
C/O ALFREDO ORTIZ ALMEDINA
PO BOX 366556
SAN JUAN PR 00936-6556

AIDA L ORTIZ ORTIZ
ESTANCIA DE CERRO GORDO
57 CALLE PLAZA VALERI
VEGA ALTA, PR 00692

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

CARMEN D CONDE TORRES
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523

LUISA S VALLE CASTRO
C CONDE & ASSOCIATES
254 CALLE SAN JOSE 5TH FLOOR
SAN JUAN, PR 00901-1523

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DDR Senorial LLC SE

(u)TANIA DEL LLANO JIMENEZ / IAN DEL LLANO JI

(d)PLAZA LAS AMERICAS, INC.
PO BOX 363268
SAN JUAN, PR 00936-3268

(u)SUPER PET CENTER INC
THE HEIRS OF RAUL DEL LLANO

(u)TANIA DEL LLANO JIMENEZ
IAN DEL LLANO JIMENEZTHE STATE OF RDLL
CO ALFREDO ORTIZ ESQ
PO BOX 366556

End of Label Matrix
Mailable recipients    42
Bypassed recipients     5
Total                  47