IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AIDA ORTIZ ORTIZ

Debtor

CASE NO.: 10-8174 (ESL)

CHAPTER 11

MOTION SUBMITTING ADDITIONAL BALLOTS

TO THE HONORABLE COURT:

**COMES NOW,** Aida Ortiz Ortiz, Debtor in possession,("Debtor")through the undersigned attorney, and very respectfully submits the following computation of ballots received and ballots:

List of Ballots received voting for or against the Plan

| Class | Creditor | Voting Amount | Accepted | Rejected |
|---|---|---|---|---|
| 4 | AMERICAN EXPRESS | $4,177.43 | X | |
| 4 | TANIA DEL LLANO | $67,200.00 | X | |
| 4 | TANIA DEL LLANO | $350,000.00 | X | |
| 4 | TANIA DEL LLANO | $176,984.54 | X | |
| 4 | TANIA DEL LLANO | $9,000.00 | X | |
| 2 | BSPR | $176,984.57 | X | |
| Total | | $784,346.54 | | |

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 3RD day of March 2011.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system as follows:

LOURDES ARLENE ARROYO PORTELA lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com;tere.solo@oneillborges.com

JOSE F CARDONA JIMENEZ jf@cardonalaw.com, cardonalaw@prtc.net

CARMEN D CONDE TORRES notices@condelaw.com

JUAN A CUYAR COBB jcc@fcrv.com

DAVID P. FREEDMAN David.Freedman@oneillborges.com, docket_clerk@oneillborges.com;Tere.Solo@oneillborges.com

CARLOS R HERNANDEZ VIVONI chernandez@wblawpr.com, chvivoni@gmail.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

EYCK O LUGO RIVERA elugo@edgelegalpr.com, mtorres@correaacevedo.com

DANIEL MOLINA LOPEZ dml@trdlaw.com, i.cartagena@trdlaw.com;noticesdml@yahoo.com

RAMON TORRES RODRIGUEZ rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

US TRUSTEE ustpregion21.hr.ecf@usdoj.gov

LUISA S VALLE CASTRO notices@condelaw.com

**C. CONDE & ASSOC.**

S/ Luisa S. Valle Castro

Luisa S. Valle Castro, Esq. (USDC No. 215611)

254 San José Street, 5th Floor

Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900

Facsimile: 787-729-2203

E-Mail: *condecarmen@microjuris.com*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $4,177.43

CREDITOR:

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

BALLOT

CLASS 4- GENERAL UNSECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 4 General unsecured claim referred to in the Debtor's Disclosure Statement and Plan. Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan. To have your vote count, you must complete this Ballot. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C.Conde & Associates pursuant to the instruction contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

CLASS 4-GENERAL UNSECURED CLAIM

☒ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 4 claim and will receive payment as provided under Class 4. Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court. This class is impaired.

☒ Accepts the Plan ☐ Rejects the Plan

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

(a) cast one vote to accept or reject the Plan by checking the appropriate box
(b) signed and dated the Ballot.

PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY February 23, 2011, DUE DATE TO SUBMIT BALLOTS.

Date Completed: February 22, 2011

_____
Signature of holder of Claim, or authorize representative

Kenneth W. Kleppinger, Attorneys/Agent for creditor
Please print name of signer, and capacity to sing representative

13-3133497
Social Security Number or Taxpayer Identification Number

c/o Becket & Lee LLP, 16 General Warren Blvd.,
Street Address

Malvern, PA 19355
City, State and Zip Code

(610) 644-7800
Telephone Number

COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:
C. CONDE & ASSOC.
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC., AT (787)729-2900.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $67,200.00

CREDITOR:
Tania Del Llano/Ian Del Llano
c/o Carlos Hernández Vivoni, Esq.
W&B Law Offices, PSC
American Airlines Building
1509 Lopez Landron, 10th Floor
San Juan PR 00910

## BALLOT

### CLASS 4- GENERAL UNSECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 4 General unsecured claim referred to in the Debtor's Disclosure Statement and Plan. Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan. To have your vote count, you must complete this Ballot. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C.Conde & Associates pursuant to the instruction contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

### CLASS 4-GENERAL UNSECURED CLAIM

☐ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 4 claim and will receive payment as provided under Class 4. Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court. This class is impaired.

☐ **Accepts the Plan**          ☐ **Rejects the Plan**

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

# BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

(a) cast one vote to accept or reject the Plan by checking the appropriate box
(b) signed and dated the Ballot.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY February 23, 2011; DUE DATE TO SUBMIT BALLOTS.**

Date Completed: 3/1/2011

_____
Signature of holder of Claim, or authorize representative

Carlos Hernandez-Vivoni, Esq. / Attorney
Please print name of signer, and capacity to sing representative

_____
Social Security Number or Taxpayer Identification Number

American Airlines Building 1509 Lopez
Street Address

Landron, 10th floor, San Juan P.R. 00911
City, State and Zip Code

787-607-4041
Telephone Number

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:**
C. CONDE & ASSOC.
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC., AT (787)729-2900.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $350,000.00

CREDITOR:
Tania Del Llano/Ian Del Llano
c/o Carlos Hernández Vivoni, Esq.
W&B Law Offices, PSC
American Airlines Building
1509 Lopez Landron, 10th Floor
San Juan PR 00910

## BALLOT

### CLASS 4- GENERAL UNSECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 4 General unsecured claim referred to in the Debtor's Disclosure Statement and Plan. Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan. To have your vote count, you must complete this Ballot. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C.Conde & Associates pursuant to the instruction contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

### CLASS 4-GENERAL UNSECURED CLAIM

☐ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 4 claim and will receive payment as provided under Class 4. Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court. This class is impaired.

☐ **Accepts the Plan**    ☐ **Rejects the Plan**

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

## BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

    (a)    cast one vote to accept or reject the Plan by checking the appropriate box
    (b)    signed and dated the Ballot.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY February 23, 2011; DUE DATE TO SUBMIT BALLOTS.**

Date Completed: _3/1/2011_

_[signature]_
Signature of holder of Claim, or authorize representative

_Carlos Hernandez-Vivoni, Esq. / Attorney_
Please print name of signer, and capacity to sing representative

_____
Social Security Number or Taxpayer Identification Number

_American Airlines Building 1509 Lopez_
Street Address

_Landron, 10th Floor, San Juan P.R. 00911_
City, State and Zip Code

_787-607-4041_
Telephone Number

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:**
C. CONDE & ASSOC.
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC., AT (787)729-2900.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $9,000.00

CREDITOR:
Tania Del Llano/Ian Del Llano
c/o Carlos Hernández Vivoni, Esq.
W&B Law Offices, PSC
American Airlines Building
1509 Lopez Landron, 10th Floor
San Juan PR 00910

## BALLOT

### CLASS 4- GENERAL UNSECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 4 General unsecured claim referred to in the Debtor's Disclosure Statement and Plan. Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan. To have your vote count, you must complete this Ballot. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C.Conde & Associates pursuant to the instruction contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

### CLASS 4-GENERAL UNSECURED CLAIM

☐ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 4 claim and will receive payment as provided under Class 4. Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court. This class is impaired.

☐ **Accepts the Plan**    ☐ **Rejects the Plan**

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

## BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

(a) cast one vote to accept or reject the Plan by checking the appropriate box
(b) signed and dated the Ballot.

**PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY February 23, 2011; DUE DATE TO SUBMIT BALLOTS.**

Date Completed: 3/1/2011

_____
Signature of holder of Claim, or authorize representative

Carlos Hernandez-Vivoni, Esq. /attorney
Please print name of signer, and capacity to sing representative

_____
Social Security Number or Taxpayer Identification Number

American Airlines Building 1509 Lopez
Street Address

Landron, 10th Floor, San Juan P.R. 00911
City, State and Zip Code

787-607-4041
Telephone Number

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:**
C. CONDE & ASSOC.
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC., AT (787)729-2900.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $176,984.54

CREDITOR:
Tania Del Llano/Ian Del Llano
c/o Carlos Hernández Vivoni, Esq.
W&B Law Offices, PSC
American Airlines Building
1509 Lopez Landron, 10th Floor
San Juan PR 00910

## BALLOT

### CLASS 4- GENERAL UNSECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 4 General unsecured claim referred to in the Debtor's Disclosure Statement and Plan. Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan. To have your vote count, you must complete this Ballot. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote. If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C.Conde & Associates pursuant to the instruction contained at the end of this Ballot. If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

### CLASS 4-GENERAL UNSECURED CLAIM

☑ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 4 claim and will receive payment as provided under Class 4. Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court. This class is impaired.

☑ Accepts the Plan        ☐ Rejects the Plan

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

- (a) cast one vote to accept or reject the Plan by checking the appropriate box
- (b) signed and dated the Ballot.

PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY February 23, 2011; DUE DATE TO SUBMIT BALLOTS.

Date Completed: 3/1/2011

_____
Signature of holder of Claim, or authorize representative

Carlos Hernandez-Vivoni, Esq. /Attorney
Please print name of signer, and capacity to sing representative

_____
Social Security Number or Taxpayer Identification Number

American Airlines Building 1509 Lopez
Street Address

Landron, 10th Floor, San Juan P.R. 00911
City, State and Zip Code

787-607-4041
Telephone Number

**COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:**
C. CONDE & ASSOC.
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC., AT (787)729-2900.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08174 (SEK) |
|---|---|
| AIDA ORTIZ ORTIZ | |
| Debtor | CHAPTER 11 |

Claim amount: $176,984.57

**CREDITOR:**

Banco Santander de Puerto Rico
PO Box 362589
San Juan, PR 00936

## BALLOT

### CLASS 2- SECURED CLAIM

Pursuant to 11 U.S.C. § 1125, the above-referenced debtor and debtor in possession (the "Debtor") hereby solicit your vote as a holder of a Class 2 secured claim referred to in the Debtor's Disclosure Statement and Plan Please review the Disclosure Statement and Plan carefully before you vote.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on a Class of Claims if it is accepted by the holders of two-thirds in amount and more than one-half in number of Claims in a Class that actually votes on the Plan To have your vote count, you must complete this Ballot If the Plan is confirmed by the Bankruptcy Court, it will be binding on you even if you do not vote If you hold Claims in a Class for which you did not receive a Ballot, you may request a Ballot by contacting the C Conde & Associates pursuant to the instruction contained at the end of this Ballot If you hold more than one Claim in a Class, you must vote all of your Claims in such Class either to accept or reject the Plan. Any Ballot marked as a partial acceptance will not be counted. The Debtor reserve the right to disqualify any vote represented by a Ballot that has been modified or altered by any creditor.

### CLASS 2-SECURED CLAIM

☐ (i) The holder of the Claim who executes this Ballot or on whose behalf this Ballot is executed holds a Class 2 claim and will receive payment as provided under Class 2 Said payment is to be made in accordance with the proposed payment under the Plan in the Bankruptcy Court This class is impaired

    ☑ **Accepts the Plan**      ☐ **Rejects the Plan**

The undersigned certifies that a copy of the Disclosure Statement including a summary of the Plan of Reorganization has been received and/or made available and reviewed by the undersigned as the holder of the Claim in the amount set forth above.

BEFORE DELIVERING YOUR BALLOT TO THE DEBTORS PLEASE CONFIRM THAT YOU HAVE:

    (a)    cast one vote to accept or reject the Plan by checking the appropriate box
    (b)    signed and dated the Ballot.

PLEASE MAIL YOUR BALLOT PROMPTLY! YOUR VOTE WILL NOT BE COUNTED UNLESS YOUR VOTE IS RECEIVED BY January 10, 2011; DUE DATE TO SUBMIT BALLOTS.

Date Completed: _2/25/11_

_Lillian Quiñones Ramos_
Signature of holder of Claim, or authorize representative

_Lillian Quiñones Ramos_
Please print name of signer, and capacity to sing representative

_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_
Social Security Number or Taxpayer Identification Number

_Ave Ponce De Leon #207_
Street Address

_Hato Rey, PR 00925_
City, State and Zip Code

_787-777-4114_
Telephone Number

COMPLETED BALLOTS SHOULD BE RETURNED BY MESSENGER, MAIL, FACSIMILE OR OVERNIGHT COURIER TO:
C CONDE & ASSOC
254 CALLE DE SAN JOSE, SUITE 5
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900 FAX. (787) 729-2203

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT OF THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE DISCLOSURE STATEMENT OR OTHER ENCLOSED MATERIALS, PLEASE CALL THE VOTING AGENT, CONDE & ASSOC, AT (787)729-2900.