# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Bankruptcy No.: 10-08174 (SEK) |
| AIDA ORTIZ ORTIZ | Chapter 11 |
| Debtor | |

## STIPULATED ORDER RESOLVING CONTESTED MATTER

Upon consent and request of the parties (collectively, "Parties) Aida Ortiz Ortiz ("Debtor"), and DDR Río Hondo, LLC, SE ("DDR"), by their respective undersigned counsel, it is ORDERED, that

1. The Parties' proposed resolution of their disputes concerning Debtor's objection to DDR's claim number 18 (Docket No. 78), and DDR's rejection of Debtor's amended plan of reorganization filed on February 8, 2011 (Docket No. 63, or the "Plan"), will avoid the time and expenses of litigating one or more contested matters, and is in the best interest of the estate and its creditors.

2. The Parties have agreed, and Court orders:

    a. DDR's claim number 18 is allowed as filed.

    b. Debtor shall amend its Plan within fifteen days, to provide Class 4 unsecured claims a dividend of not less than 5%, but in forty-eight (or fewer) monthly installments, such obligation to be evidenced by a promissory note issued on the Effective Date of the Plan in the form annexed hereto.

    c. The Debtor's objection to DDR's claim number 18 is withdrawn.

    d. DDR shall deliver its ballot accepting the Plan as amended to comply with (b) above, within five working days of the filing of such amendment.

    e. No costs or attorney's fees will be awarded to any of the Parties.

So ordered in San Juan, Puerto Rico, on this ____ day of April, 2011.

_____

SARA E. DE JESUS
U.S. BANKRUPTCY JUDGE

**O'NEILL & BORGES**
*Attorneys for DDR Río Hondo, LLC SE*
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Telephone: (787) 764-8181
Fax: (787) 753-8944

*/s/ David P. Freedman*
David P. Freedman
USDC-PR 119510
David.Freedman@oneillborges.com

**C. CONDE & ASSOC.**
Carmen Conde Torres, Esq.
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: (787)729-2900
Fax: (787) 729-2203

*/s/ Carmen Conde Torres*
Carmen Conde-Torres
USDC-PR 207312
condecarmen@microjuris.com