# **PROMISSORY NOTE**

$10,637.90

San Juan, Puerto Rico, ___ ___, 2011

FOR VALUE RECEIVED, the undersigned Aida Ortiz Ortiz ("Mrs. Ortiz"), promises to pay to the order of DDR Río Hondo, LLC, S.E. ("DDR"), TEN THOUSAND SIX HUNDRED THIRTY SEVEN AND NINETY CENTS ($10,637.90) in lawful money of the United States of America at the offices of DDR in Plaza Rio Hondo, State Roads 22 and 167, Bayamon, Puerto Rico or at such other address as DDR may notify Debtor in writing, which represents the amount due DDR on its Class IV claim against the estate of Aida Ortiz Ortiz, in Mrs. Ortiz' Title 11 U.S. Code chapter 11 reorganization proceedings under No. 10-08174 in the U.S. Bankruptcy Court, District of Puerto Rico, as provided for in Mrs. Ortiz' confirmed plan therein. Said principal sum shall be payable in full, without interest, in monthly installments of TWO HUNDRED TWENTY ONE DOLLARS AND SIXTY TWO CENTS ($221.62) to be made on the fifteenth (15) day of each month commencing on ____ 15th, 2011, and continuing for the next forty-seven months on the same date each subsequent month, with the final payment in the amount of TWO HUNDRED TWENTY ONE DOLLARS AND SEVENTY SIX CENTS ($221.76).

Upon failure to pay any of the installments aforesaid when due, and if such failure is not cured within ten (10) days from the notice of default in writing by the holder of this note, the entire unpaid principal sum shall at once become due and payable without notice at the election of the holder of this note. Failure to exercise this election shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. The undersigned agrees to pay all of the costs, expenses and attorneys' fees incurred in any judicial or extra-judicial proceedings that may be initiated for the collection of this Promissory Note. Presentment, protest, demand and notice of non-payment are hereby waived.

_____
Aida Ortiz Ortiz

Affidavit No.: _____

Subscribed and acknowledged before me by Aida Ortiz Ortiz, of legal age, _____, property owner and resident of_____, Puerto Rico, not personally known to me but whom I have identified by means of his Puerto Rico driver's license, in accordance with the provisions of Article 17(c) of the Puerto Rico Notarial Law, before me in San Juan, Puerto Rico, this ____ day of April, 2011.

_____
NOTARY PUBLIC