IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :

AIDA ORTIZ ORTIZ, : CASE NO. 10-08174(SEK)
DEBTOR IN POSSESSION : CHAPTER 11

----------------------------------



FILED & ENTERED
25 APR 2011
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

# FINAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT
# AND
# ORDER CONFIRMING DEBTOR'S AMENDED PLAN

The Amended Disclosure Statement filed on February 8, 2011, is hereby approved.

The Amended Plan under chapter 11 of the Bankruptcy Code filed by Debtor on February 8, 2011, together with an amended payment schedule and two stipulations executed by the Debtor and DDR Río Hondo LLC, SE and with Tania and Ian del Llano have been transmitted to creditors and equity security holders.

After hearing on notice, we find the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied.

WHEREFORE, the amended plan (docket # 63), filed by Debtor incorporating the second amended payment schedule and mentioned stipulations is confirmed. We shall maintain the case open for the next sixty (60) days so that Debtor may file a detailed report of all payments to creditors, indicating the creditor by name, the amount paid, and the balance to be paid under the plan. Once the report is filed, Debtor will notify all creditors the report is available for inspection at the Clerk's office and,

that unless an objection is filed within thirty days thereof, the Court will enter a final decree without entry of a discharge and without prejudice to the reopening of the case once fees are paid, in order to grant a discharge.

The Clerk will notify copy of this Order and follow up.

**SO ORDERED**, in San Juan, Puerto Rico, on April 25, 2011.

SARA DE JESUS
U.S. Bankruptcy Judge