## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br>AIDA ORTIZ ORTIZ<br><br>Debtor | CASE NO.: 10-08174 (SEK)<br><br><br>CHAPTER 11 |
|---|---|

## MOTION TO ADMISTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE

**TO THE HONORABLE COURT:**

**COMES NOW,** Aida Ortiz Ortiz, Debtor in possession, (Debtor) through the undersigned attorney and very respectfully states and prays:

1.  The Plan of Reorganization in the present case was confirmed by Order entered on April 25, 2011.(Docket. 104).

2.  The debtor has commenced payments under the Plan of Reorganization. The Debtor has transferred all of the property of the estate pursuant to the confirmed plan.

3.  All monthly reports and payments due to the U.S. Trustee are current.

4.  There are also no further contested matters or adversary proceedings pending resolution in this case.

5.  The Debtor has paid the classes under the Plan as follows:

    a.  Class 2: Secured                    $325.80

    b.  Class 3:General Unsecured           $9,385.41

    c.  Class 4: Priority                   $ 130.64

6.  Enclosed as **Exhibit 1**, is a copy of a list of payments made under the Plan of Reorganization.

7.  In compliance with Local Bankruptcy Rule 3022-1, the Debtor submits a complete

Bankruptcy Closing Report. (*See* **Exhibit 2** - Local Form E).

8. Any court costs of fees to the U.S. Trustee, not paid to date, if any, will be paid as soon as the amounts owed are notified.

9. By this motion, the Debtor seeks an order administratively closing this case. The debtor hereby serves notice that when all plan payments have been completed, the Debtor may move to reopen this case for the purpose of obtaining a discharge and entry of a final decree.

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

PLEASE TAKE NOTICE that on this same date the undersigned attorney filed the Motion to Administratively Close Individual Chapter 11 pursuant to F.R.B.P. 3022. This document is available at the Clerk of the Bankruptcy Court for your review.

If no objections are filed within the next 21 days, from the day of this notice pursuant to FRBP 2002 (a)(7), the administrative closing may be entered without further notice or hearing.

**WHEREFORE,** Debtor hereby requests this Honorable Court, after proper notice and hearing, if necessary, enter and order administratively closing this individual Chapter 11 case, pursuant to F. R. B. P 3022.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of July 2011.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the filing to the parties appearing in said system as follows:

LOURDES ARLENE ARROYO PORTELA lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com;tere.solo@oneillborges.com

LOURDES ARLENE ARROYO PORTELA lourdes.arroyo@oneillborges.com, docket_clerk@oneillborges.com;tere.solo@oneillborges.com

JOSE F CARDONA JIMENEZ jf@cardonalaw.com, cardonalaw@prtc.net CARMEN D

CONDE TORRES notices@condelaw.com

JUAN A CUYAR COBB jcc@fcrv.com

DAVID P. FREEDMAN David.Freedman@oneillborges.com, docket_clerk@oneillborges.com;Tere.Solo@oneillborges.com

CARLOS R HERNANDEZ VIVONI chernandez@wblawpr.com, chvivoni@gmail.com

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

EYCK O LUGO RIVERA elugo@edgelegalpr.com, admin1@edgelegalpr.com

DANIEL MOLINA LOPEZ dml@trdlaw.com, i.cartagena@trdlaw.com;noticesdml@yahoo.com

RAMON TORRES RODRIGUEZ rtorres@torresrodlaw.com, secrtlaw@torresrodlaw.com

US TRUSTEE ustpregion21.hr.ecf@usdoj.gov

LUISA S VALLE CASTRO notices@condelaw.com

Notice has also been provided by first class mail to all creditors and parties in interest that do not receive electronic notice of this motion, as per the Master Address List.

C. CONDE & ASSOC.
254 San José Street, Suite 5
San Juan , Puerto Rico 009011523
Tel.: (787) 729-2900; Fax: (787) 729-2203
Email: condecarmen@microjuris.com
/s/ Luisa S. Valle Castro, Esq.
By: Luisa S. Valle Castro
USDC No.: 215611

# Exhibit 1

**Aida L Ortiz-Del-Llano**
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1081
101-201/215

22 junio 2011

Fecha / Date

Páguese a la orden de / Pay to the order of  AMERICAN EXPRESS   $ 3.48

TRES DOLARES CUARENTA Y OCHO CENTAVOS   Dólares / Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo
(Puerto Nuevo, Puerto Rico)   016

Para / For  Case 10-08174 SEK June

⑈0 2150 2011⑈ 0 27⑈386732⑈ 1081

---

**Aida L Ortiz-Del-Llano**
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1083
101-201/215

22 junio 2011

Fecha / Date

Páguese a la orden de / Pay to the order of  DDR RIO HONDO   $ 40.87

CUARENTA DOLARES OCHENTA Y SIETE CENTAVOS   Dólares / Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo
(Puerto Nuevo, Puerto Rico)   016

Para / For  Case 10-0174 SEK June

⑈0 2150 2011⑈ 0 27⑈386732⑈ 1083

---

**Aida L Ortiz-Del-Llano**
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1084
101-201/215

22 junio 2011

Fecha / Date

Páguese a la orden de / Pay to the order of  DDR SENORIAL   $ 177.30

CIENTO SETENTA Y SIETE DOLARES TRENTA CENTAVOS   Dólares / Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo
(Puerto Nuevo, Puerto Rico)   016

Para / For  Case 10-0174SEK June

⑈0 2150 2011⑈ 0 27⑈386732⑈ 1084

---

**Aida L Ortiz-Del-Llano**
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1082
101-201/215

22 junio 2011

Fecha / Date

Páguese a la orden de / Pay to the order of  BANCO POPULAR   $ 79.01

SETENTA Y NUEVE DOLARES UN CENTAVO   Dólares / Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo
(Puerto Nuevo, Puerto Rico)   016

Para / For  Case 10-0174SEK June

⑈0 2150 2011⑈ 0 27⑈386732⑈ 1082

---

**Aida L Ortiz-Del-Llano**
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1080
101-201/215

22 junio 2011

Fecha / Date

Páguese a la orden de / Pay to the order of  CRIM   $ 108.60

*CIENTO OCHO DOLARES SESENTA CENTAVOS   Dólares / Dollars

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo
(Puerto Nuevo, Puerto Rico)   016

Para / For  10-08174 SEK Ch 11 June

⑈0 2150 2011⑈ 0 27⑈386732⑈ 1080



GOBIERNO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

**ESTADO DE CUENTA /STATEMENT OF ACCOUNT**

Fecha Impresion: 28/06/2011
Hora Impresion: 3:16:12PM

Fecha de Intereses/Descuento
Int/Disc Date:28/06/2011

Certificate # 4540469

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) 10 | | | | |
|---|---|---|---|---|---|---|---|
| 018-086-279-58-000 | | | | | | | |

| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|
| 2011-I | 01/01/2011 | 707.20 | 0.00 | 0.00 | 17.05 | 70.72 | 794.97 |
| 2011-I | 01/07/2010 | 707.21 | 0.00 | 0.00 | 52.70 | 70.72 | 830.63 |
| 2010-I | 01/01/2010 | 707.20 | 0.00 | 0.00 | 87.77 | 70.72 | 865.69 |
| 2010-I | 01/07/2009 | 707.21 | 0.00 | 0.00 | 123.42 | 70.72 | 901.35 |
| 2009-I | 01/07/2008 | 707.21 | 0.00 | 0.00 | 194.14 | 70.72 | 972.07 |
| **Grand Total** | | **3,536.03** | **0.00** | **0.00** | **475.08** | **353.60** | **4,364.71** |

✗ ** Caso en Quiebra ** ✗

Total Adeudado Al
CRIM                                    4,364.71

---

Aida L Ortiz-Del-Llano
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1080
101-201/215

22 junio 2011
Fecha / Date

Páguese a la orden de
Pay to the order of    CRIM                    $ 108.60

*CIENTO OCHO DOLARES SESENTA CENTAVOS            Dólares / Dollars

**BANCO POPULAR.**                                016
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo, Puerto Rico

Para / For 10-08174 SEK Ch 11

⑆024150201⑆ 027⑈386732⑈ 1080

por el CRIM. Es

---

Aida L Ortiz-Del-Llano
Est De Cerro Gordo
57 Plaza Valerie
Vega Alta, PR 00692

1092
101-201/215

28 junio 2011
Fecha / Date

Páguese a la orden de
Pay to the order of    CRIM                    $ 108.60

CIENTO OCHO DLARES SESENTA CENTAVOS            Dólares / Dollars

**BANCO POPULAR.**                                016
BANCO POPULAR DE PUERTO RICO
Puerto Nuevo, Puerto Rico

Para / For Case 10-0174 SEK 018016

⑆024150201⑆ 027⑈386732⑈ 1092

GORDO

/ (Property Location)

2011 JUN 28 PM 3 27
CRIM BAYAMON
SERVICIO CONTRIBUENTE

Hacienda
Carr #2 Edificio Guitierrez

TERMINAL# 02008        RECIBO# 02372
CAJERO# 11507          COLECTURIA# 0015
28/06/2011                    03:02 PM

CIF DEP: 0015    NUM. DEP.: 2011363
SSN/EIN: 580984780
NOMBRE: ORTIZ ORTIZ AIDA

ID TRANS DE PRITAS: 1117901500210
CLAVE: 230   ADQ: 2008   CC: 15
DESC: DEUDA TASADA
QTY: 1 @ $       65.32 $       65.32

ID TRANS DE PRITAS: 1117901500209
CLAVE: 230   ADQ: 2008   CC: 15
DESC: DEUDA TASADA
QTY: 1 @ $       65.32 $       65.32


                TOTAL: $         130.64

INSTRUMENTOS DE PAGOS:
-----------------------
Cheque   # 1094          65.32
Cheque   # 1093          65.32

FOTOCOPIE: PIERDE LEGIBILIDAD



1094
101-201/215

28 junio 2011
Fecha / Date

DE HACIENDA          | $ 65.32

RENTA Y DOS CENTAVOS   Dólares / Dollars

016

732  1094

Gobierno de Puerto Rico
Colecturía
1115 Bayamón
RECIBIDO
28 JUN 2011
CON PAGO
DEPARTAMENTO DE HACIENDA
11-1323

1093
101-201/215

22 junio 2011
Fecha / Date

| $ 65.32

RENTA Y DOS CENTAVOS   Dólares / Dollars

016

732  1093

390-7677

**UNITED STATES**
**POSTAL SERVICE®**

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

NOT
NEGOTIABLE

18858531352
Serial Number

**CUSTOMER'S RECEIPT**

**BANCO POPULAR.**

BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan,
Expres Garden Hills        146201-10613

Payee: ORIENTAL BANK

| Pay to | | |
|---|---|---|
| Address | | |

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2011-06-23 | 0009171 | $22.33 | 0010 |

**OFFICIAL CHECK**
**CUSTOMER RECEIPT**
**AND AGREEMENT**

Check No. 10311460000

Date:        06/13/2011

KEEP THIS
RECEIPT FOR
YOUR RECORDS

$9,0
$9,0

of the attached check
it is lost, stolen, or
ediately. You may be
curely bond before a

**OFFICIAL CHECK**

Check No.    103114600005991
Date    06/13/2011

FOUR DOLLARS        **$9,084.75**

Over $25,000.00 Two Signatures Requir

*[signature]*
Authorized Signature

:0 2011: 000=010316

**POSTAL MONEY ORDER**

2011-06-23  0009171      **$22.33**

TWENTY TWO DOLLARS & 33c    ***********

0010

SEE REVERSE WARNING NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

18858531352

**ORIENTAL LEASING**
**Servicio al Cliente**
**RECIBIDO**

**JUN 23 2011**

Hora: 10:34

# Exhibit 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | CASE NO.: 10-08174 (SEK) |
|---|---|
| **AIDA ORTIZ ORTIZ**<br>Debtor | **CHAPTER 11** |

**STATISTICAL BANKRUPTCY REPORT**
**FOR CONFIRMED CHAPTER 11 CASES**

1.  _ $  9,841.85___ Gross Receipts

2.  _ 5% Dividend to be paid. The percentage dividend reported is that which is to be paid to the general class of unsecured creditors under the confirmed plan. If the plan contemplates no payment to unsecured creditors, enter a "0."

3.  _____0_____ Trustee Compensation

4.  _____0_____ Trustee Expenses

5.  _____0_____ Fees and Expenses for Attorney for Trustee

6.  _ $__ Fees and Expenses for Attorney for Debtor

7.  _0__ Total Fees and Expenses for all Other Professionals (accountant, auctioneer, consultant, other attorneys, etc.) List each professional and the fees received on a separate sheet unless all fees are listed on Exhibit A. If so, note on this form.

Items 3 - 7: These amounts should include fees and expenses that were applied for and approved by the Court during the pendency of the case.

8.  __$325.80__ Total Secured Claims to be paid (Class 2)

9.  __$130.64 Total Priority Claims to be paid (Class 4)

10. __$9,385.41__ Total Unsecured Claims to be paid (Class 3)

11. _____n/a_____ Total Equity Security Holder Distributions

Items 8 -11: These amounts should reflect the total amount of all payments to be made pursuant to the confirmed plan, even if payments are to continue after the case is closed.

12. __$9,841.85_ Total Disbursements (Add items 3 - 11. This amount should be the same as the amount in item 1.)

The Filer acknowledges that all fees payable to the Court and the United States Trustee have been paid in full. This form is to be filed as an exhibit to the application for final decree.